1  | GLENN B. McCORMICK
2  | Acting United States Attorney
   | District of Arizona
3  | ANGELA W. WOOLRIDGE
   | Assistant United States Attorney
4  | Arizona State Bar No. 022079
   | United States Courthouse
5  | 405 W. Congress Street, Suite 4800
   | Tucson, Arizona 85701
6  | Telephone:  520-620-7300
   | Email: angela.woolridge@usdoj.gov
7  | Attorneys for Plaintiff

FILED

2021 JUL -7 PM 3: 59

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

**CR21-01596 TUC-JAS(DTF)**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. |
| | **INDICTMENT** |
| Plaintiff, | |
| | VIO:  18 U.S.C. § 554(a) |
| vs. | (Smuggling Goods from the United States) |
| | Count 1 |
| Jennifer Lopez, | |
| Defendant. | 18 U.S.C. §§ 922(a)(6) & 924(a)(2) |
| | (Making False Statements in Connection with Acquisition of Firearm) |
| | Count 2 |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about July 13, 2016, in the District of Arizona, JENNIFER LOPEZ knowingly and fraudulently attempted to export and send from the United States any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: a Springfield Armory model SA-1 7.62x51mm (.308/7.62 NATO) caliber belt-fed rifle; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 22, United States Code, Section 2778; Title 22, Code of Federal Regulations, Part 121.1; and Title 22, Code of Federal Regulations, Part 123.1.

1    In violation of Title 18, United States Code, Section 554(a).

2                                **COUNT 2**

3    On or about July 13, 2016, in the District of Arizona, JENNIFER LOPEZ, in

4    connection with the acquisition of a firearm; to wit: a Springfield Armory model SA-1

5    7.62x51mm (.308/7.62 NATO) caliber belt-fed rifle, from Fred's Guns, a licensed dealer

6    of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

7    made a false and fictitious written statement to Fred's Guns, which statement was intended

8    and likely to deceive Fred's Guns as to a fact material to the lawfulness of such sale, in that

9    JENNIFER LOPEZ stated that she was the actual transferee/buyer of the firearm when in

10   fact she was acquiring the firearm on behalf of another person.

11   In violation of Title 18, United States Code, Sections 2(a), 922(a)(6), and 924(a)(2).

12                              A TRUE BILL

13                                  /S/

14

15                    FOREPERSON OF THE GRAND JURY
                      Dated: July 7, 2021

16   GLENN B. McCORMICK
     Acting United States Attorney              **REDACTED FOR**
17   District of Arizona                       **PUBLIC DISCLOSURE**

18          /S/

19   ANGELA W. WOOLRIDGE
     Assistant U.S. Attorney
20

21

22

23

24

25

26

27

28

*United States of America v. Jennifer Lopez*
*Indictment Page 2 of 2*