IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR 21-1596-TUC-JAS (DTF) |
| Plaintiff, | **ORDER** |
| vs. | |
| Jennifer Lopez, | |
| Defendant. | |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Ferraro. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence. The Court has reviewed the record and concludes that Magistrate Judge Ferraro's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998). Accordingly, IT IS HEREBY ORDERED as follows: Magistrate Judge Ferraro's Report and Recommendation (Doc. 20) is accepted and adopted; the Court accepts the Government's election and dismisses the surplus language, grants Defendant's alternative motion to require election of charges and denies Defendant's motion to dismiss to the extent any further relief is requested.

Dated this 13th day of June, 2022.

Honorable James A. Soto
United States District Judge